UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>       Plaintiff,<br><br>-against-<br><br>SHAWN COHEN, New York Post employee, et al.,<br><br>       Defendants. | 1:18-CV-11550 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

  By order dated October 4, 2019, the Court granted Plaintiff leave to file an amended complaint within sixty days. The Court dismissed all of Plaintiff's claims against the State of New York, the Bronx County District Attorney's Office, and Defendants Johnson, Clark, and Kharkover. The Court also dismissed Plaintiff's claims against the 44th Precinct. And the Court specified that failure to comply with the Court's order would result in dismissal of the remainder of Plaintiff's claims for failure to state a claim on which relief may be granted.

  Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses the remainder of Plaintiff's claims for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: December 20, 2019
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge