UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER HIRAM CANO,

                Plaintiff,

-against-

SHAWN COHEN, New York Post employee, et al.,

                Defendants.

1:18-CV-11550 (CM)

CIVIL JUDGMENT

    Pursuant to the orders issued October 4, 2019, and December 20, 2019, dismissing Plaintiff's claims,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. 28 U.S.C. § 1915(e)(2)(B)(i), (ii), (iii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 20, 2019
           New York, New York

                                      COLLEEN McMAHON
                                  Chief United States District Judge